IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES HENDRIX,

      Appellant,

v.

Case No.  5D21-51
LT Case Nos. 2011-1154-CF
               2013-0710-CF

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 12, 2022

3.850 Appeal from the Circuit Court
for Putnam County,
Patti A. Christensen, Judge.

Thomas E. Cushman, of Thomas E.
Cushman, P.A., St. Augustine, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard Alexander Pallas,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, SASSO and WOZNIAK, JJ., concur.